OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 08. 2015

7871 POSTAGE » PITNEY BOWES

WR-82,879-03

5/6/2015
OCHOA, ADRIAN          Tr. Ct. No. W13-25142-T (A)
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.
                                                    Abel Acosta, Clerk

ADRIAN OCHOA
GOREE UNIT - TDC # 1916532
7405 HWY 75 SOUTH
HUNTSVILLE, TX

U T F